**Affirmed and Opinion and Concurring Opinion filed April 22, 2021.**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-19-00175-CV

**MELISSA MARIE LOBUE, Appellant**

**V.**

**TODD H. HANSON D/B/A THE BARN AT FOUR PINES RANCH, Appellee**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-18687**

## CONCURRING OPINION

I join the court's opinion and concur only to note that the court need not and does not reach the issue of how "spectator" status relates to a motion for summary judgment based on the limitation of liability in Civil Practice and Remedies Code chapter 87.

/s/    Charles A. Spain
        Justice

Panel consists of Justices Jewell, Spain, and Wilson.